1   NATHAN J. HOCHMAN, ESQ., State Bar No. 139137
    HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ,
2   A Professional Corporation
    9150 Wilshire Boulevard
3   Suite 300
    Beverly Hills, California 90212
4   Telephone: (310) 281-3200

5   Attorneys for ELI RICH

FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____

Priority
Send         [X]
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

8   **UNITED STATES DISTRICT COURT**

9   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11  UNITED STATES OF AMERICA,          **CASE NO. CR 00-1196-LGB**

12              Plaintiff,             **EX PARTE APPLICATION RE**
                                       **MODIFICATION OF BAIL**
13      v.                             **CONDITIONS; ORDER**

14                                                      ENTERED JS
15  ELI RICH,
                                                         08 - 9
16              Defendant.

18      Defendant Eli Rich, by and through his counsel of record, Nathan Hochman,

19  hereby applies ex parte for an order permitting Mr. Rich to travel from the Central

20  District of California to Spain from August 20-30, 2002, for personal reasons.  The

21  Court has previously approved overseas travel on several occasions.

22      Assistant United States Attorney Eliot Krieger, the prosecutor assigned to this

23  case, indicated that he has **no opposition** to this travel request.  Pretrial Services

24  Officer Jamille Claiborne has similarly indicated that she has **no opposition** to

25  ///

26  ///

27  ///

28

# ORIGINAL

30

1  this travel request.

2

3          Respectfully submitted,

4

5  DATED: August 6, 2002

6                                              NATHAN J. HOCHMAN
                                               Counsel for Defendant Eli Rich

7

8                                    **ORDER**

9          IT IS HEREBY ORDERED that Defendant Eli Rich's bail conditions are

10 modified to permit Mr. Rich to travel from the Central District of California to Spain

11 from August 20-30, 2002.  All other bail conditions remain the same.

12

13

14 DATED: _Aug. 8_____, 2002

15                                             HONORABLE LOURDES G. BAIRD
                                               United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )    ss.
COUNTY OF LOS ANGELES  )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, #300, Beverly Hills, California 90212.

      On August 6, 2002, I served the foregoing document described as **EX PARTE APPLICATION RE MODIFICATION OF BAIL CONDITIONS; ORDER]** on the interested parties in this action by placing the true copies of the original thereof enclosed in sealed envelopes addressed as follows:

Eliot F. Krieger, Esq.
Assistant United States Attorney
United States Courthouse
13th Floor
312 N. Spring Street
Los Angeles, CA 90012
Fx: 213/894-6436

Wesley Cureton
Pretrial Services
United States Courthouse
7th Floor
312 N. Spring Street
Los Angeles, CA 90012

X    **(BY U.S. MAIL)** I caused such envelope(s) to be deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. § 1013(a)(3)).

_____ **(BY PERSONAL SERVICE)** I caused to be delivered such envelope(s) by hand to the addresses of the interested parties noted on the attached service list.

_____ **(VIA FACSIMILE)** I caused to be delivered such document(s) via facsimile transmission to the fax numbers listed above.

_____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on August 6, 2002, at Beverly Hills, California.

_J. Takemoto_
J. Takemoto

206897.1

3

# NOTICE PARTY SERVICE LIST

Case No.    **CR00-1196-LGB**          Case Title    **U.S.A. v. ELI RICH**

Filed Date    **August 8, 2002**          Title of Document    **Ex Parte Application Re Modification of Bail Conditions; Order**

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| X | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| X | PSA - Los Angeles (PSALA) |
| | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| | US Probation Office |
| | US Trustee's Office |

***ADD NEW NOTICE PARTY** (\* print name and address below):*

_____

_____

_____

*\* Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning.  Print ONLY the name of the notice party if documents have previously been  served on this notice party through Optical Scanning.*

*JUDGE / MAGISTRATE JUDGE (list below):*

8 - USA

Initials of Deputy Clerk _eny_ .