United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**  CR 00-1196-R

Defendant **ELI RICH**  Soc Security #-------1797
Residence: **N/A**  Mailing: **SAME**

---

### JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: **DECEMBER 5, 2005**
  Month / Day / Year

COUNSEL:
  ____ WITHOUT COUNSEL
  However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
  **XX** WITH COUNSEL _Nathan Hochman, retained_

X PLEA:
  **XX** GUILTY, and the Court being satisfied that there is a factual basis for the plea.
  ____ NOLO CONTENDERE    ____ NOT GUILTY

FINDING:
  There being a finding of _____ GUILTY, defendant has been convicted as charged of the offense(s) of:
  Visa Fraud in violation of Title 18 USC 1546(a) as charged in the single-count information.

  JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:
  Imposition of sentence is suspended, and

  IT IS FURTHER ADJUDGED that defendant is placed on probation for a term of five (5) years under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall perform twenty-five hundred (2500) hours of community service, as directed by the Probation Officer; 3) shall report in person before the Court every 180 days as directed by the Probation Officer; 4) shall cooperate in the collection of a DNA sample from the defendant.
  IT IS FURTHER ORDERED that the bond of the defendant is exonerated.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

____ Priority
✓ Send
~~Signed~~ Clsd: District Judge _____
____ Enter         **MANUEL L. REAL**
____ JS-5/JS-6

DEC 7 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

It **IS** ~~JS-2/JS-3~~ that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.
                      Sherri R. Carter, Clerk of Court

Dated/Filed **Dec. 6, 2005**   By _____
    Month / Day / Year       William _____, Deputy Clerk

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____          BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____          BY: _____

# NOTICE PARTY SERVICE LIST

Case No. 00-1196-R (cr)   Case Title USA -v- Rich

Title of Document Judgment

SCANNED

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| ✔ | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | Calderon, Arthur - Warden, San Quentin | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ✔ | US Marshal Service - Los Angeles |
| | CA St Pub Defender (Calif. State PD) | | US Marshal Service - Santa Ana |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside |
| | | ✔ | US Probation Office |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Trustee's Office |
| | Chief Deputy Adm | | |
| | Chief Deputy Ops | | |
| | Clerk of Court | | |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| ✔ | Fiscal Section | | |
| | Intake Supervisor | | |
| | Interpreter Section | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| ✔ | PSA - Los Angeles (PSALA) | | |
| | PSA - Santa Ana (PSASA) | | |
| | PSA - Riverside (PSAED) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |
| | Stratton, Maria - Federal Public Defender | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Address:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _WH_

G-75 (12/03)   NOTICE PARTY SERVICE LIST