PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## Central District of California

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

Eli Rich

Docket No.   CR00-01196-R

On 12/05/2005, the above named was placed on probation for a period of 60 months. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____
CORDALE JOHNSON
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated  4th  day of  Jan , 20 10 .

_____
United States District Judge
MANUEL L. REAL